IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                             CASE NUMBER: 09-04001-SEK7

ALFREDO QUINTERO CRUZ
DACNY SEGARRA MERCADO
                                                   CHAPTER 7
DEBTOR

## MOTION TO WITHDRAW LEGAL REPRESENTATION

TO THE HONORABLE COURT: Comes now the undersigned attorney and very respectfully STATES and PRAYS as follows:

1. This case began on May 18, 2009 when the Debtor submitted its petition for Bankruptcy under Chapter 13 of the Bankruptcy Code.

2. On June 23, 2011 this case was converted to Chapter 7.

3. As this case has now been converted to Chapter 7, the Debtor has new legal representation.

4. The undersigned has already made all documents in her possession regarding the case available to the Debtor's new legal representative.

5. Accordingly, with the case now Chapter 7, and the inability of the Debtor to meet its obligations under the representation agreement, result in the undersigned's request to withdraw its representation.

WHEREFORE, the undersigned respectfully requests this Court to allow the withdrawal of the undersigned's legal representation.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of September, 2011.

CERTIFICATE OF SERVICE: I hereby certify that on this same date a true and exact copy of this motion has been forwarded by the CM/ECF system to Noreen Wiscovitch Rentas, Chapter 7 Trustee.

/S/ Ivonne M. Rodríguez Wiewall
Ivonne M. Rodríguez Wiewall, Esq.
USDC No. 217513
PMB 721, #1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966
Tel: 787-775-0624 / 787-590-7070
Email: ivonne.rodriguez@mac.com